1  Alyssa M. Staudinger (13258)
   JONES DAY
2  3161 Michelson Drive
   Suite 800
3  Irvine, CA  92612.4408
   Telephone:     +1.949.851.3939
4  Facsimile:     +1.949.553.7539
   astaudinger@jonesday.com
5
   Bob L. Olson (3783)
6  Snell & Wilmer, LLP
   3883 Howard Hughes Pwky.
7  Suite 1100
   Las Vegas, NV  89169-5958
8  Telephone: 702-784-5200
   Fax: 702-784-5252
9  bolson@swlaw.com

10

   Attorneys for Defendant
11 EXPERIAN INFORMATION
   SOLUTIONS, INC.
12

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

15

16 | BARBARA BEST,                              | Case No. 2:15-cv-00307-JCM-PAL

17 |           Plaintiff,                       | *AND CONSOLIDATED WITH:*

18 |      v.                                    | 2:14-cv-02054 (Commerce Bank) (Lead Case)

19 | SYNCHRONY BANK/JC PENNY and                | 2:15-cv-00020 (Wells Fargo)
   | EXPERIAN INFORMATION SOLUTIONS,            | 2:15-cv-00036 (Macy's)
20 | INC.,

21 |           Defendants.                      | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION**
22                                              | **SOLUTIONS, INC.**

23

24

25        **PLEASE TAKE NOTE THAT** Plaintiff Barbara Best and Defendant Experian

26 Information Solutions, Inc. ("Experian") have reached an agreement on all material terms

27 required to settle all of Plaintiff's claims against Experian pending in this action.

28

NAI-1500477379v1

1     The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Dated: August 18, 2015

KAZEROUNI LAW GROUP, APC

By: */s/ Danny Horen*
    Danny Horen

Attorneys for Plaintiff
BARBARA BEST

Dated: August 18, 2015

JONES DAY

By: */s/ Alyssa M. Staudinger*
    Alyssa M. Staudinger

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

    IT IS ORDERED that the parties shall have until **November 19, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.
    Dated this 21st day of August, 2015

Peggy A. Leen
United States Magistrate Judge

NAI-1500477379v1

- 2 -

# CERTIFICATE OF SERVICE

I, Alyssa M. Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **August 18, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, District of Nevada's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Danny Horen<br>KAZEROUNI LAW GROUP, APC<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: 800-400-6808x7<br>Fax: 800-520-5523<br>danny@kazlg.com<br><br>*Attorneys for Plaintiff*<br>*BARBARA BEST* | David H. Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>Telephone: 702-880-5554<br>Fax: 702-385-5518<br>dkrieger@haineskrieger<br><br>*Attorneys for Plaintiff*<br>*BARBARA BEST* |

Executed on August 18, 2015, at Irvine, California.

*/s/ Alyssa M. Staudinger*
Alyssa M. Staudinger

NAI-1500477379v1

- 3 -