Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**BARBARA J. BEST,**

       Plaintiff**,**

   v**.**

**SYNCHRONY BANK/JCPENNEY
and  EXPERIAN INFORMATION
SOLUTIONS, INC.**

     Defendants.

**Case No.:** 2:15-cv-00307-JCM-PAL

**STIPULATION TO DISMISS
EXPERIAN INFORMATION
SOLUTIONS, INC.**

///

///

///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff BARBARA J. BEST ("Plaintiff") and Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** ("Experian") have reached settlement and agree to dismiss Plaintiff's claims against Experian in the above-captioned matter, **with prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 4, 2015

KAZEROUNI LAW GROUP                    JONES DAY

/s/ Danny J. Horen _____            /s/  Alyssa Staudinger (w/ permission)
Danny Horen, Esq.                      Alyssa Staudinger, Esq.
7854 W. Sahara Avenue                  3161 Michelson Dr., Ste. 800
Las Vegas, NV 89117                    Irvine, CA 92612
800-400-6808                           949-851-3939
Email: danny@kazlg.com                 Email:astaudinger@jonesday.com
Attorney for Plaintiff                 Attorney for Experian

IT IS SO ORDERED:

Defendant Experian Information Solutions, Inc. is dismissed with prejudice

Dated: November 16, 2015
_____

By: _____

UNITED STATES DISTRICT JUDGE